574

56 So.2d 355

### BOOKER T. WASHINGTON INSURANCE CO. v. Neal Ann CROCKER.

#### 7 Div. 142.

Supreme Court of Alabama.

Jan. 17, 1952.

Arthur D. Shores and Peter A. Hall, Birmingham, for petitioner.

Stringer & Montgomery, Talladega, opposed.

BROWN, Justice.

Petition of Booker T. Washington Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Booker T. Washington Ins. Co. v. Crocker, 56 So.2d 353.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.